**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Tiger Lake, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 1:07-cr-060 |
| Romy Thompson and Skye Thompson, | ) | |
| d/b/a Oasis Motel, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal" filed on December 2, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 13) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

   **IT IS SO ORDERED.**

   Dated this 3rd day of December, 2008.

                                          */s/ Daniel L. Hovland*
                                          Daniel L. Hovland, Chief Judge
                                          United States District Court